```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 06 B 17156
    EARL E LUTZ
    DARLENE M LUTZ                            CHAPTER 13

                                              JUDGE: JACQUELINE P COX
           Debtor
   SSN XXX-XX-6629     SSN XXX-XX-4157

--------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 12/27/2006 and was confirmed 06/25/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was dismissed after confirmation 03/10/2008.
--------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
--------------------------------------------------------------------------
HOMECOMINGS FINANCIAL    SECURED NOT I        .00          .00            .00
AMERICAN GENERAL FINANCE SECURED VEHIC    2500.00        64.89         535.11
AMERICAN GENERAL FINANCE UNSECURED       NOT FILED         .00            .00
HOMECOMINGS FINANCIAL    MORTGAGE ARRE        .00          .00            .00
CITY OF CHICAGO PARKING  UNSECURED         2190.00         .00            .00
DEPT OF VETERANS AFFAIRS UNSECURED       NOT FILED         .00            .00
ILLINOIS DEPT OF REVENUE UNSECURED           30.00         .00            .00
MACNEAL MEMORIAL HOSPITA UNSECURED       NOT FILED         .00            .00
NICOR GAS                UNSECURED       NOT FILED         .00            .00
LYONS POLICE DEPARTMENT  UNSECURED       NOT FILED         .00            .00
SHERMAN ACQUISITION LLC  UNSECURED       NOT FILED         .00            .00
AFNI/VERIZON WIRELESS    UNSECURED          392.80         .00            .00
PORTFOLIO RECOVERY ASSOC UNSECURED          739.37         .00            .00
ILLINOIS DEPT OF REVENUE PRIORITY           632.93         .00            .00
ROBERT J SEMRAD & ASSOC  REIMBURSEMENT      313.00         .00         313.00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY       2,500.00                  2,168.55
TOM VAUGHN               TRUSTEE                                       224.47
DEBTOR REFUND            REFUND                                           .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                       RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                3,306.02

PRIORITY                                      313.00
SECURED                                       535.11
    INTEREST                                   64.89
UNSECURED                                        .00
ADMINISTRATIVE                              2,168.55
TRUSTEE COMPENSATION                          224.47
DEBTOR REFUND                                    .00

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 06 B 17156 EARL E LUTZ & DARLENE M LUTZ
```

```
                                  ---------------      ---------------
TOTALS                                   3,306.02             3,306.02
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 06/25/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |